UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-cv-61297-PCH

RAMON E. LOPEZ,

    Plaintiff,

  v.

LVNV FUNDING, LLC, a Delaware limited
liability corporation, doing business as "LVNV,"
ALLIED INTERSTATE, INC., a Minnesota
corporation, and FINANCIAL RECOVERY
SERVICES OF MINNESOTA, INC., doing
business as "FRS",

    Defendants.
_____/

**DEFENDANT, LVNV FUNDING, LLC'S,
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Defendant, LVNV Funding, LLC (LVNV), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    Sherman Originator, LLC (Sherman) is the parent entity and 100% owner of LVNV. Neither Sherman nor LVNV is a publicly held corporation.

        Respectfully Submitted,

        /s/ Dayle M. Van Hoose
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        Kenneth C. Grace, Esq.
        Florida Bar No. 0658464
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida  33618
        Telephone:    (813) 890-2463
        Facsimile:     (866) 466-3140
        dvanhoose@sessions-law.biz
        kgrace@sessions-law.biz

        Attorneys for Defendant,
        LVNV Funding, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2010, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Robert W. Murphy, Esq.
1212 SE Second Ave
Fort Lauderdale, FL  33316

        /s/ Dayle M. Van Hoose
        Attorney

\\sfnfs02\prolawdocs\9291\9291-26439\Lopez, Ramon E\179026.doc

2